## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| JONATHAN VARVIL, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:23-cv-00013-SNLJ |
| BILL STANGE, | ) ) ) |
| Respondent. | ) |

### MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. Petitioner Jonathan Varvil has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, he has not submitted a motion for leave to proceed in forma pauperis or paid the filing fee. *See* E.D. Mo. L.R. 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis"). Petitioner will therefore be directed to either file a motion for leave to proceed in forma pauperis or pay the $5.00 filing fee within **thirty (30) days** of the date of this order. If petitioner fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to petitioner a copy of its motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that petitioner must either file a motion for leave to proceed in forma pauperis or pay the full $5.00 filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if petitioner fails to either file a motion for leave to proceed in forma pauperis or pay the full $5.00 filing fee within **thirty (30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 6th day of March, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE